UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES

v.

BRITTAN J. ATKINSON,

_____/

Case: 1:20-cr-20085
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 02-12-2020 At 10:37 AM
SEALED MATTER (sk)

INDICTMENT

THE GRAND JURY CHARGES:

Count 1
18 U.S.C. §875(c)

On or about November 7, 2019, in the Eastern District of Michigan, Northern Division, and elsewhere, Brittan J. Atkinson, knowingly sent an email communication in interstate commerce via computer, intending the communication to be a threat to injure the person of another, and knowing that the email message would be viewed as a threat to cause personal injury to the recipient, in that Brittan J. Atkinson sent a threatening email to an attorney whose identity is known to the grand jury and who represents a whistleblower, in which Atkinson stated, in part, "All traitors must die miserable deaths.  Those that represent traitors shall meet the same fate[.]  We will hunt you down and bleed you out like the pigs you are.  We have nothing but time, and you are running out of it.  Keep looking over your

1

your shoulder[.] <u>We know who you are</u>, where you live, and who you associate with[.] <u>We are all strangers in a crowd to you</u>[.]"

All in violation of 18 U.S.C. §875(c).

THIS IS A TRUE BILL.

Dated: February 12, 2020

/s/ Grand Jury Foreperson
Grand Jury Foreperson

Matthew Schneider
United States Attorney

/s/ Janet L. Parker
Janet L. Parker (P-34931)
Assistant U. S. Attorney
101 First Street, Suite 200
Bay City, MI 48708

/s/ Anthony P. Vance
Anthony P. Vance (P-61148)
Assistant U. S. Attorney
Chief, Branch Offices

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008 [ ]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: TLL |
| ☐ Yes  ☒ No | AUSA's Initials: JLP |

**Case Title:** USA v. Brittan J. Atkinson

**County where offense occurred:** Gladwin

**Check One:** X Felony   ☐ Misdemeanor   ☐ Petty

```
   X   Indictment/_____Information --- no prior complaint.
_____Indictment/_____Information --- based upon prior complaint [Case number:]
_____Indictment/_____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:**               **Judge:**

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date: February 12, 2020

Janet L. Parker
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5790
E-Mail address: janet.parker2@usdoj.gov
Attorney Bar #: P-34931

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09