UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRITTAN J. ATKINSON,

        Defendant.

_____/

**Criminal No.**

Case: 1:20-cr-20085
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 02-12-2020 At 10:37 AM
SEALED MATTER (sk)

## MOTION AND ORDER TO SEAL INDICTMENT AND ARREST WARRANT

The United States of America, by and through its undersigned attorneys, respectfully requests that the indictment and arrest warrant in this matter be sealed until further order of this court.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

Dated: February 12, 2020

*/s/ Janet L. Parker*
Janet L. Parker (P-34931)
Assistant U.S. Attorney
101 First Street, Ste. 200
Bay City, MI 48708
Telephone No.: 989-895-5712
Email: janet.parker@usdoj.gov

**IT IS SO ORDERED**

Dated: 2-12-2020

*/s/ Patricia T. Morris*
Patricia T. Morris
United States Magistrate Judge