UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Criminal No. 20-CR-20085

BRITTAN J. ATKINSON,

    Defendant.
_____/

## MOTION AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANT

The United States of America respectfully requests that the indictment and arrest warrant in the above-entitled case be unsealed for the reason that it is no longer necessary in the interest of justice for the documents to be sealed.

                                            Respectfully submitted,

                                            MATTHEW SCHNEIDER
                                            United States Attorney

                                            s/Janet L. Parker
                                            JANET L. PARKER (P-34931)
                                            Assistant U.S. Attorney
                                            101 First Street, Suite 200
                                            Bay City, MI 48708
                                            Phone:   989-895-5712
                                            Email: janet.parker2@usdoj.gov

IT IS SO ORDERED.

Dated:   2-20-2020

                                            Patricia T. Morris
                                            United States Magistrate Judge