UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



FEB 2 0 2020

U.S. DISTRICT COURT
BAY CITY, MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRITTAN J. ATKINSON,

        Defendant.
_____/

CASE NO: 20-CR-20085

Judge Thomas L. Ludington
Magistrate Judge Patricia T. Morris

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Brittan J. Atkinson, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the indictment in this cause prior to pleading thereto, I have read it, and I understand its contents. I waive its being read aloud in open Court.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**5 years, $250,000 fine, restitution, supervised release**

Dated: 2/20/20

Brittan J. Atkinson
Defendant

Dated: 2/20/20

Stevens J. Jacobs
Attorney for Defendant