**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No. 20-cr-20085
                                       HON. THOMAS L. LUDINGTON
v.                                    United States District Judge

BRITTAN J. ATKINSON,        Magistrate PATRICIA T. MORRIS

        Defendant

_____

### ANSWER TO MOTION FOR COMPETENCY EXAMINATION
_____

NOW COMES **BRITTAN J. ATKINSON**, by and through his Attorney, **STEVENS J. JACOBS** and states in answer to the Motion that Defendant concurs with the request for a competency examination to be conducted by psychologists with the Bureau of Prisons.

### **BRIEF**

Brittan J. Atkinson is charged with making a threatening communication in violation of 18 U.S.C. §875(c). He was arrested on February 20, 2020 and detained after hearing February 24, 2020.

After consulting further with his attorney the Defendant agrees to a competency examination to be conducted by psychologists with the Bureau of Prisons.

## CONCLUSION

For the reasons given above the Defendant states the Government's Motion for Competency Examination should be granted.

Dated:  February 27, 2020          Respectfully submitted,

                                              s/Stevens J. Jacobs_____
Attorney for Defendant Atkinson
45 N. Tuscola Road
Bay City, MI   48708
(989)892-8611
jacobslawoffice@sbcglobal.net
P35020

## PROOF OF SERVICE

The undersigned certifies that a copy of the **ANSWER TO MOTION FOR COMPETENCY EXAMINATION**  was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 27, 2020.

                                              s/LeeAnn Hillman_____
Legal Assistant

2